# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY

Jonathan Lee Riches©
Plaintiff

'07 OCT 19 P1:50

FILED
US DISTRICT COURT CLERK
WESTN. DIST. KENTUCKY

Civil No 5:07 CV-176-R

V.

THE MASTERS GOLF TOURNAMENT,
AUGUSTA NATIONAL GOLF CLUB,
GOODYEAR BLIMP,
DEFENDANTS

## Complaint
## "A MEGA MASTERS DISASTER"
## "TRO TEMPORARY RESTRAINING ORDER"

Comes Now the Plaintiff, Jonathan Lee Riches©, in pro-se, Moves this Honorable Court to Issue a TRO Temporary Restraining order against the 2008 Masters Golf Tournament so Me and Homeland security can conduct a full investigation on Defendant's illegal Practices. Plaintiff prays for relief.

1

Defendant's are in a Mega conspiracy to Booby trap all participants and Spectators during the 2008 Masters. All 18 holes are going to have a volcanic Eruption with smoke rising as a smoke screen, then Augusta national Golf club security and Richard Jewell rushes into the crowd and pick pockets everyones Identity for Identity theft. I found this out at Pebble Beach sun tanning in 97.

2

The 14th hole is a entry point for illegals from Mexico to crawl through to work at Georgia chicken plants. Sonny Perdue Chickens

(see Exhibit) (see Exhibit)

3

Defendants forced me to caddie for Tiger woods during the 2005 Masters in a prison Jumpsuit and ball n chain.
In the 1985 Canada open Curtis Strange Made me Stranger

Oct 18, 2006 - Ben Hogan got his cousin Hulk Hogan to summer slam me and bench press me in a bench pressing contest with Barry Bonds. It seems alot of Athletes keep picking on me with Bench Pressing Tactics

4

Defendants never paid me in 2004, 05, 06 when I sewed and stitched the green Masters winners Jacket at FCI williamsburg in a prison sweat shop. 300 community service hrs. in handcuffs. I was part of the spanish Enquisition 1699 A.d. Defendants forced me to sword fight the 3 musketeers

5

The Good Year blimp is secretly taping everyone and selling footage to Iranians under Bill Belichicks supervision. Defendants Sodomized me in 2003 with a nine 9 iron behind the 18th hole after I caught Tiger woods cheating with my lawsuit cards in his sleeve. Still to this day woods won't answer my text messaging or provide me handicap parking at FCI williamsburg.

TRO Restraining Order

Defendant's want to use my head as a golf ball during the 2008 Masters. Augusta failed to build a Bomb sand Bunker from the British open Players who are coming. I've suffered nerve damage in my fingers for writing lawsuits. Augusta has three mile Island radiation leak and the clouds are coming to FCI williamsburg. Plaintiff Moves for a restraining order against the operations at Augusta and the EPA to label Augusta a superfund site. Chemicals are shaking my skull. I'm dizzy, scared, Loony. Defendants are liable for my injuries.

Jonathan Lee Riches
#40948-018
FCI williamsburg
P.O. Box 340
Salters, S.C. 29590
(843) 387-9400

Respectfully submitted

$ $ $ [signature] $ $
Jonathan
LEE
$ Riches $
$ $

# Exhibit

Title 18 of the criminal code (Public Law 80-772) is unconstitutional. The clerk of the House of representatives, Jeff Trandahl, refused to sign letters in response to requests for information. Finally, a letter was recieved from the clerk of the House, Trandahl, in which he admitted that Public Law 80-772 was passed by the House in 1947, but was never voted on again by the House in 1948. (Even though the Senate amended it in 1948). Therefore, a different bill passed the House in 1947 then passed the Senate in 1948, rendering it unconstitutional and void. Further research showed approximately 9 constitutional flaws in the bill, any one of which rendered it void. When any form of the argument was presented to the district courts, they tried to dodge the issue or deferred it to a Magistrate (who has no constitutional Authority) to avoid it.

It appears that the issue of the validity of Title 18 of the criminal code and 18 USC 3231 is still in question.

Name: Jonathan Lee Riches ©
Register Number: 40948-018
F.C.I. Williamsburg
Inmate Mail
P.O. Box 340
Salters, SC 29590

FLORENCE SC
16 OCT 2007 PM



United States District Court
Western District of Kentucky
Clerk of Court
501 Broadway
Paducah, Kentucky 42001

42001+6856 C006